IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| DEREK WILLIAM BROWN, #1987097 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:18cv209 |
| DALE WAINWRIGHT, ET AL. | § | |

## ORDER DENYING PRELIMINARY INJUNCTION

Plaintiff Derek William Brown, an inmate confined at the Coffield Unit of the Texas prison system, proceeding *pro se* and *in forma pauperis*, brings this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that Plaintiff's motion for a preliminary injunction should be denied. Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that Plaintiff's motion for a preliminary injunction (Dkt. #23) is **DENIED**.

**SIGNED** this the 10th day of August, 2018.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE