UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DEREK WILLIAM BROWN, #1987097 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:18CV209 |
| | § | |
| DALE WAINWRIGHT, ET AL. | § | |

## MEMORANDUM ADOPTING REPORTS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On September 5, 2018 (Dkt. #48) and September 7, 2018 (Dkt. #50), the reports of the Magistrate Judge were entered containing his proposed findings of fact and recommendations that the Plaintiff's motions for default judgment should be denied.

Having received the reports of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is, therefore,

**ORDERED** that the Magistrate Judge's reports are **ADOPTED** as the opinion of the court. It is further

**ORDERED** that the Plaintiff's motions for default judgment (Dkt. #s 46 and 49) are **DENIED**.

**SIGNED this the 21st day of May, 2019.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE